# Exhibit A

Case: 1:24-cv-11810 Document #: 1-1 Filed: 11/15/24 Page 2 of 3 PageID #:19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

VAu 1-051-415

**Effective date of registration:**

December 27, 2010

## Title
**Title of Work:** 2010 Unpublished Concert Photography by David Oppenheimer - Xmas Jam and More

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** David Gordon Oppenheimer
  **Author Created:** photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States         **Domiciled in:** United States
  **Year Born:** 1970

## Copyright claimant
**Copyright Claimant:** David Gordon Oppenheimer
PO Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions
**Organization Name:** Performance Impressions, LLC
**Name:** David Gordon Oppenheimer
**Email:** sales@performanceimpressions.com         **Telephone:** 828-273-9339
**Address:** PO Box 8105
Asheville, NC 28814  United States

## Certification
**Name:** David Gordon Oppenheimer
**Date:** December 13, 2010

Page 1 of 1

**Registration #:** VAU001051415

**Service Request #:** 1-532805432



Performance Impressions, LLC
David Gordon Oppenheimer
PO Box 8105
Asheville, NC 28814  United States