Exhibit C



© 2011 David Oppenheimer
PERFORMANCE IMPRESSIONS