# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-133-970**

Effective date of registration:

June 19, 2013

## Title
- **Title of Work:** 2013 Bonnaroo Music Festival

## Completion/Publication
- **Year of Completion:** 2013

## Author
- **Author:** David Gordon Oppenheimer
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States          **Domiciled in:** United States
- **Year Born:** 1970

## Copyright claimant
- **Copyright Claimant:** David Gordon Oppenheimer
  P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions
- **Organization Name:** Performance Impressions LLC
- **Name:** David Gordon Oppenheimer
- **Email:** dave@performanceimpressions.com          **Telephone:** 828-273-9339
- **Address:** P.O. Box 8105
  Asheville, NC 28814 United States

## Certification
- **Name:** David Gordon Oppenheimer
- **Date:** June 18, 2013

---

**Correspondence:** Yes

Page 1 of 1

Registration #: VAU001133970

Service Request #: 1-951521982



Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States