# Exhibit F

