Exhibit G

## Bonnaroo Project Page:









# Aerial Image URL:



07/15/21 Facebook Aerial Page:



07/15/21 Facebook People Page:



## 08/09/22 Facebook People Page:



PJLoughran.com URL:



# Squarespace Image URL:



# First Facebook Image URL:



Second Facebook Image URL:

