UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
Eastern Division

David Gordon Oppenheimer

           Plaintiff,

v.                                                         Case No.: 1:24–cv–11810

                                                                              Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 22, 2024:

       MINUTE entry before the Honorable Jeffrey I Cummings: This case has been assigned to the calendar of Judge Jeffrey I. Cummings. On or before 1/21/25, the parties shall file a joint initial status report in accordance with the template available on the Court's website under the case management procedure titled "Initial Status Report for Newly Filed Cases." The parties shall also review all of the case management procedures and standing orders available on the Court's website, including the Court's case management procedure for motions to dismiss. Initial tracking status hearing set for 1/31/25 at 9:00 a.m. to track the case only (no appearance is required and the case will not be called). Instead, the Court will review the parties' joint initial status report and enter further orders as appropriate. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.