IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                      Plaintiff,<br><br>                         v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>                     Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

**RULE 4 WAIVER OF THE SERVICE OF SUMMONS**

      To: Ilya G. Zlatkin, Attorney for Plaintiff David Gordon Oppenheimer, Zlatkin Cann Entertainment, 4245 N. Knox Ave., Chicago, Illinois 60641, via First Class Mail.

      I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

      I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

      I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

      I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from December 9, 2024, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date    December 11, 2024

_____
(Signature of the attorney
or unrepresented party)

Timothy Liam Epstein, Esq.
(Printed name of Signatory)

PJ Loughran Studios LLC
(Party Name, if Different from Signatory)

303 West Madison, Suite 1000, Chicago, IL 60606
(Address)

TEpstein@dugganbertsch.com
(E-mail address)

312-263-8600
(Telephone number)