AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 1:24-cv-11810 **DATE FILED** 11/15/2024 | USDC Northern District of Illinois |
| **PLAINTIFF** David Gordon Oppenheimer | **DEFENDANT** PJ Loughran Studios LLC et al |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | See attachment | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | Jose Mejia | 12/15/2024 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-051-415**

**Effective date of registration:**

December 27, 2010

## Title
**Title of Work:** 2010 Unpublished Concert Photography by David Oppenheimer - Xmas Jam and More

## Completion/Publication
**Year of Completion:** 2010

## Author
- **Author:** David Gordon Oppenheimer
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United States
- **Domiciled in:** United States
- **Year Born:** 1970

## Copyright claimant
**Copyright Claimant:** David Gordon Oppenheimer
PO Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions
- **Organization Name:** Performance Impressions, LLC
- **Name:** David Gordon Oppenheimer
- **Email:** sales@performanceimpressions.com
- **Telephone:** 828-273-9339
- **Address:** PO Box 8105
  Asheville, NC 28814  United States

## Certification
- **Name:** David Gordon Oppenheimer
- **Date:** December 13, 2010

Page 1 of 1

**Registration #:** VAU001051415

**Service Request #:** 1-532805432



Performance Impressions, LLC
David Gordon Oppenheimer
PO Box 8105
Asheville, NC 28814  United States

# Exhibit D

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-133-970**

**Effective date of registration:**

June 19, 2013

## Title
**Title of Work:** 2013 Bonnaroo Music Festival

## Completion/Publication
**Year of Completion:** 2013

## Author
- **Author:** David Gordon Oppenheimer
  **Author Created:** photograph(s)
  **Work made for hire:** No
  **Citizen of:** United States    **Domiciled in:** United States
  **Year Born:** 1970

## Copyright claimant
**Copyright Claimant:** David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions
**Organization Name:** Performance Impressions LLC
**Name:** David Gordon Oppenheimer
**Email:** dave@performanceimpressions.com    **Telephone:** 828-273-9339
**Address:** P.O. Box 8105
Asheville, NC 28814 United States

## Certification
**Name:** David Gordon Oppenheimer
**Date:** June 18, 2013

**Correspondence:** Yes

Page 1 of 1

**Registration #:** VAU001133970
**Service Request #:** 1-951521982



Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States