IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>　　　　　　　　　Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

## **PLAINTIFF'S STATUS REPORT**

Plaintiff, David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff"), submits this Initial Status Report:

**1. Communications Between Parties**

　　a. The parties have been engaged in settlement communications in recent weeks.

　　b. Defendants have not filed any appearance or response to date, because Defendants believe that resources are better allocated toward potential settlement rather than legal fees associated with an appearance and substantive filings.

**2. Next Steps**

　　a. Defendants' have indicated that a continuance should be requested.

　　b. Plaintiff is open to reasonable continuances and extensions but reserves all rights if settlement discussions break down.

Dated: February 27, 2025

                                             Respectfully submitted,

                                             DAVID GORDON OPPENHEIMER

                                             By: /s/ Ilya G. Zlatkin
                                             Ilya G. Zlatkin
                                             ZLATKIN CANN ENTERTAINMENT
                                             4245 North Knox Avenue
                                             Chicago, Illinois 60641
                                             Tel: (312) 809-8022
                                             ilya@zce.law

                                             *Attorney for Plaintiff David Oppenheimer*