## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Gordon Oppenheimer

                                        Plaintiff,

v.                                                                          Case No.: 1:24–cv–11810
                                                                         Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: On 2/28/25, the Court directed plaintiff to file a status report on settlement by 3/26/25. To date, no report has been filed. Plaintiff shall file the status report on settlement by 4/23/25. The 4/21/25 tracking status hearing is stricken and re−set to 5/2/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.