### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>　　　　　　　　Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

## PLAINTIFF'S STATUS REPORT

Pursuant to the Court's minute entry order dated April 17, 2025 [Dkt. 13], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Status Report:

**1.　Communications Between Parties**

　　a.　The parties have been engaged in settlement communications in recent weeks.

　　b.　Defendants have not filed any appearance or response to date, because Defendants believe that resources are better allocated toward potential settlement rather than legal fees associated with an appearance and substantive filings.

　　c.　As of the date of this Status Report, the parties' respective positions for potential settlement remain significantly far apart, though Defendants have indicated that they are preparing a counteroffer, which Defendants intend to send to Plaintiff next week.

2. **Next Steps**

    a. Plaintiff wishes to provide Defendants all reasonable opportunities to respond substantively and to explore the potential of settlement prior to further expenditure of resources by the parties.

    b. At the same time, Plaintiff has indicated to Defendants that an indefinite extension is unacceptable, and that Plaintiff expects the Court to provide Plaintiff with a deadline for filing of a motion for entry of default and default judgment if no appearance or substantive response is filed on behalf of Defendants in a reasonably timely manner.

Dated: April 23, 2025

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: /s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*