# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Gordon Oppenheimer

                              Plaintiff,

v.                                      Case No.: 1:24−cv−11810

                                      Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 25, 2025:

       MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the plaintiff's status report, which indicates that the parties are continuing negotiations to resolve this matter. Updated status report on settlement shall be filed by 5/30/25. If the parties have not made significant progress toward settlement by that time, the Court intends to set a schedule to move this case forward as appropriate. The 5/2/25 tracking status hearing is stricken and re−set to 6/13/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.