IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>Plaintiff,<br><br>v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

**PLAINTIFF'S STATUS REPORT**

Pursuant to the Court's minute entry order dated April 25, 2025 [Dkt. 15], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Status Report:

1. **Communications Between Parties**

    a. The parties have been engaged in settlement communications in recent weeks.

    b. Defendants have not filed any appearance or response to date, because Defendants believe that resources are better allocated toward potential settlement rather than legal fees associated with an appearance and substantive filings.

    c. As of the date of this Status Report, the parties' respective positions for potential settlement remain significantly far apart, though both parties have also made significant movements in their respective proposed settlement positions.

2. **Next Steps**

   a. Plaintiff wishes to provide Defendants all reasonable opportunities to respond substantively and to explore the potential of settlement prior to further expenditure of resources by the parties.

   b. Plaintiff has proposed to Defendants the potential of asking the Court to refer the matter directly to the Magistrate Judge for a settlement conference, bypassing the filing of an answer and early discovery procedures at this time. Defendants' counsel has indicated that they have taken Plaintiff's proposal under advisement.

   c. Defendants' counsel has also indicated that Defendants may proceed to switch counsel, so as to facilitate a more cost-efficient approach for Defendants to participate substantively in the case.

Dated: May 30, 2025

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: /s/ Ilya G. Zlatkin
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*