# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Gordon Oppenheimer
                              Plaintiff,

v.                                                       Case No.: 1:24−cv−11810
                                                                      Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 18, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: On 6/5/25, the Court directed the parties to file a joint status report by 6/13/25. To date, they have failed to do so. The parties shall file a joint status report regarding settlement negotiations and the referral for settlement by 7/25/25. The previously set 6/13/25 tracking status hearing is stricken and re−set to 8/8/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.