## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

David Gordon Oppenheimer

                                              Plaintiff,

v.                                                                      Case No.: 1:24−cv−11810
                                                                       Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.

                                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 11, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed plaintiff's status report [19], which indicates that the parties have been engaged in settlement negotiations and are mutually interested in participating in a settlement conference with the assigned Magistrate Judge. Defendants are advised that if they intend to participate in a settlement conference, their counsel must file an appearance on their behalf. Defense counsel shall do so on or before 8/22/25, after which the Court will refer this case to the assigned Magistrate Judge for a settlement conference. Defendants are further advised that as an entity and not a person, PJ Loughran Studios LLC is unable to litigate pro se. See In re IFC Credit Corp., 663 F.3d 315, 318 (7th Cir. 2011); United States v. Hagerman, 545 F.3d 579, 581−82 (7th Cir. 2008). Failure by a corporate entity to participate in the litigation may lead to appropriate relief, including but not limited to a default judgment against it. The 8/8/25 tracking status hearing is stricken and re−set to 9/8/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.