IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                       Plaintiff,<br><br>    v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>                       Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

**PLAINTIFF'S REPORT REGARDING STATUS OF SETTLEMENT**

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") voluntarily submits this Status Report:

1. The parties have reached a settlement in principle.

2. The parties are currently in the process of finalizing the terms of a settlement agreement ("Settlement Agreement").

3. The Settlement Agreement will include provisions requiring future compliance with certain terms.

4. The parties wish for the Court to retain jurisdiction to potentially enforce certain terms of the Settlement Agreement. For such purposes, upon finalizing the terms of the Settlement Agreement, the parties will submit an agreed order of dismissal that will enable the Court to retain jurisdiction for purposes of enforcing the Settlement Agreement. In addition, the parties will submit a consent judgment for purposes of facilitating any potential enforcement of the Settlement Agreement.

5. As of the date of this Status Report, the parties anticipate being able to finalize the terms of the Settlement Agreement and any agreed orders within fourteen (14) days.

Dated: August 27, 2025

        Respectfully submitted,

        DAVID GORDON OPPENHEIMER

        By: _/s/ Ilya G. Zlatkin_
        Ilya G. Zlatkin
        ZLATKIN CANN ENTERTAINMENT
        4245 North Knox Avenue
        Chicago, Illinois 60641
        Tel: (312) 809-8022
        ilya@zce.law

        *Attorney for Plaintiff David Oppenheimer*