UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

David Gordon Oppenheimer

                    Plaintiff,

v.                                                       Case No.: 1:24−cv−11810
                                                        Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 4, 2025:

    MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report [21], which indicates that the parties have reached a settlement in principle. If the parties have not filed a joint stipulation to dismiss by 10/10/25, they shall file a joint status report on that date setting forth their efforts to memorialize the settlement agreement. The 9/8/25 tracking status hearing is stricken and re−set to 10/27/25 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.