IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                       Plaintiff,<br><br>            v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>                      Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

**PLAINTIFF'S REPORT REGARDING STATUS OF SETTLEMENT**

      Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Status Report:

      1.     As noted previously, the parties have reached a settlement in principle. See [Dkt. 21; Dkt. 22].

      2.     The parties are currently still in the process of finalizing the terms of a settlement agreement ("Settlement Agreement"). The parties have discussed and exchanged multiple drafts of the Settlement Agreement. Due to unforeseen circumstances, however, the process of finalizing the Settlement Agreement is taking longer than initially anticipated. The parties nevertheless remain committed to finalizing the Settlement Agreement.

      3.     Same as before, the Settlement Agreement will include provisions requiring future compliance with certain terms.

      4.     The parties also wish for the Court to retain jurisdiction to potentially enforce certain terms of the Settlement Agreement. For such purposes, upon finalizing the terms of the Settlement Agreement, the parties will submit an agreed order of dismissal that will enable the Court to retain jurisdiction for purposes of enforcing the Settlement Agreement. In addition, the

parties will submit a consent judgment for purposes of facilitating any potential enforcement of the Settlement Agreement.

5. As of the date of this Status Report, the parties anticipate being able to finalize the terms of the Settlement Agreement and any agreed orders within thirty (30) days.

Dated: October 16, 2025

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: */s/ Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*