IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>       Plaintiff,<br><br>  v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>       Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

**PLAINTIFF'S REPORT REGARDING STATUS OF SETTLEMENT**

Pursuant to the Court's minute entry dated October 20, 2025 [Dkt. 24], Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Status Report:

1. As noted previously, the parties have reached a settlement in principle. *See* [Dkts. 21–24].

2. The parties are currently still in the process of finalizing the terms of a settlement agreement ("Settlement Agreement"). The parties have discussed and exchanged multiple drafts of the Settlement Agreement and have worked to iron out points of friction. Due to unforeseen circumstances, however, the process of finalizing the Settlement Agreement is taking longer than initially anticipated. The protracted negotiations have also in and of themselves resulted in the need to adjust certain terms of the Settlement Agreement. The parties nevertheless remain committed to finalizing the Settlement Agreement.

3. Same as before, the Settlement Agreement will include provisions requiring future compliance with certain terms.

4. The parties also wish for the Court to retain jurisdiction to potentially enforce certain terms of the Settlement Agreement. For such purposes, upon finalizing the terms of the

Settlement Agreement, the parties will submit an agreed order of dismissal that will enable the Court to retain jurisdiction for purposes of enforcing the Settlement Agreement. In addition, the parties will submit a consent judgment for purposes of facilitating any potential enforcement of the Settlement Agreement.

5. As of the date of this Status Report, the parties anticipate being able to finalize the terms of the Settlement Agreement and any agreed orders within thirty (30) days.

Dated: November 21, 2025

    Respectfully submitted,

    DAVID GORDON OPPENHEIMER

    By: */s/ Ilya G. Zlatkin*
    Ilya G. Zlatkin
    ZLATKIN CANN ENTERTAINMENT
    4245 North Knox Avenue
    Chicago, Illinois 60641
    Tel: (312) 809-8022
    ilya@zce.law

    *Attorney for Plaintiff David Oppenheimer*