**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.4)**
**Eastern Division**

David Gordon Oppenheimer
                      Plaintiff,

v.                                              Case No.: 1:24–cv–11810
                                                  Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 24, 2025:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court has reviewed the parties' joint status report on settlement [25], which indicates that the parties are still continuing their efforts to finalize the settlement. If the parties have not filed a joint stipulation to dismiss by 1/9/26, they shall file a joint status report on that date setting forth their efforts to memorialize the settlement agreement. The 12/8/25 tracking status hearing is stricken and reset to 2/6/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.