## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>                            Plaintiff,<br><br>                   v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>                       Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

### PLAINTIFF'S REPORT REGARDING STATUS OF SETTLEMENT

Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") submits this Status Report:

1.     As noted previously, the parties have reached a settlement in principle. *See* [Dkts. 21–24].

2.     Due to docketing errors and scheduling mismanagement of Plaintiff's undersigned counsel (and, for the sake of emphasis, <u>not</u> of Plaintiff himself, Defendants, or Defendants' counsel), little progress has been made since the last status report. As of the filing of this report, however, Plaintiff's counsel has undertaken all steps with respect to the revision of settlement-related documentation (collectively, "Settlement Agreement") that has been in the process of being negotiated in the months since Plaintiff first indicated to the Court that the parties had reached a settlement in principle.

3.     As of the filing of this Status Report, the parties nevertheless remain committed to finalizing the Settlement Agreement and effecting the Settlement Agreement's terms, which include provisions requiring future compliance with certain terms.

4.      The parties still wish for the Court to retain jurisdiction to potentially enforce certain terms of the Settlement Agreement. For such purposes, upon finalizing the terms of the Settlement Agreement, the parties will submit an agreed order of dismissal that will enable the Court to retain jurisdiction for purposes of enforcing the Settlement Agreement. In addition, the parties will submit a consent judgment for purposes of facilitating any potential enforcement of the Settlement Agreement.

5.      Plaintiff and Plaintiff's counsel appreciate the Court's continued patience as the parties seek to dispose of this litigation without further waste of resources of the parties and the Court.

Dated: February 6, 2026

Respectfully submitted,

DAVID GORDON OPPENHEIMER

By: */s/ Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
Tel: (312) 809-8022
ilya@zce.law

*Attorney for Plaintiff David Oppenheimer*