**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Gordon Oppenheimer,<br><br>      Plaintiff,<br><br>    v.<br><br>PJ Loughran Studios LLC and<br>Peter J. Loughran,<br><br>      Defendants. | Case No: 1:24-cv-11810<br><br>Dist. Judge Jeffrey I. Cummings<br><br>Mag. Judge M. David Weisman |

**Agreed Motion for Entry of Consent Judgment**

On November 15, 2024, Plaintiff David Gordon Oppenheimer ("Oppenheimer" or "Plaintiff") filed a Complaint [Dkt. 1] against Defendants PJ Loughran Studios LLC ("PJLS") and Peter J. Loughran ("Loughran" and, together with PJLS, "Defendants").

Plaintiff and Defendants have resolved all claims asserted in the Complaint and have agreed to the entry of the proposed Consent Judgment and Agreed Dismissal Order ("Consent Judgment"). Neither of the Defendants (nor any representative(s) of Defendants) have filed an appearance in this case, but each of the Defendants has executed this Motion below. Plaintiff now files this motion on behalf of both parties, moving this Honorable Court for the entry of a Consent Judgment substantially in the form submitted to Proposed_Order_Cummings@ilnd.uscourts.gov.

Dated: March 21, 2026

/s/ *Ilya G. Zlatkin*
Ilya G. Zlatkin
ZLATKIN CANN ENTERTAINMENT
4245 North Knox Avenue
Chicago, Illinois 60641
ilya@zce.law

*Counsel for Plaintiff*

*Peter J Loughran*

—————————————————
Peter J. Loughran, individually
c/o Duggan Bertsch, LLC
ATTN: Timothy L. Epstein, Esq.
303 West Madison, Suite 1000
Chicago, Illinois 60606
pjloughran1@gmail.com,
tepstein@dugganbertsch.com

PJ LOUGHRAN STUDIOS LLC

*Peter J Loughran*

By: ————————————————
Peter J. Loughran, Manager
c/o Duggan Bertsch, LLC
ATTN: Timothy L. Epstein, Esq.
303 West Madison, Suite 1000
Chicago, Illinois 60606
pjloughran1@gmail.com,
tepstein@dugganbertsch.com