## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

David Gordon Oppenheimer

                    Plaintiff,

v.

                                        Case No.: 1:24–cv–11810
                                        Honorable Jeffrey I Cummings

PJ Loughran Studios LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 22, 2026:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of the parties' agreed motion for entry of consent judgment [30]. By 4/27/26, the parties shall submit a copy of their settlement agreement for in camera review to the Court's proposed order inbox (proposed_order_cummings@ilnd.uscourts.gov). The previously set 4/13/26 tracking status hearing is stricken and reset to 5/8/26 at 9:00 a.m. (to track the case only, no appearance is required). Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.