**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| David Gordon Oppenheimer, | |
| Plaintiff, | Case No: 1:24-cv-11810 |
| v. | Dist. Judge Jeffrey I. Cummings |
| PJ Loughran Studios LLC and Peter J. Loughran, | Mag. Judge M. David Weisman |
| Defendants. | |

**<u>Consent Judgment and Agreed Dismissal Order</u>**

This matter coming to be heard by agreement of the parties for dismissal of this matter, all parties having agreed to and executed a confidential settlement agreement dated March 17, 2026 ("Settlement Agreement"), and the Court being fully advised of the premises, the Court hereby orders the following:

The parties, either personally or by their respective counsel or agent, have stipulated that the above-captioned matter shall be dismissed with prejudice, except for the terms of this Order. All matters that were alleged or could have been alleged in this case have been compromised or settled. All parties shall bear their own costs and attorneys' fees, subject to the terms of the Settlement Agreement.

The parties agree to incorporate the Settlement Agreement and all terms of the Settlement Agreement into this Order. The Court retains jurisdiction with respect to enforcement of the Settlement Agreement executed by the parties. This case is removed from the trial call, motion docket, and any and all future court dates are stricken from the call.

IT IS SO ORDERED.

DATED: April 23, 2026

_____
Jeffrey I. Cummings
United States District Judge